**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

No. 04-7784

―――――――――――

ULYSEES FULTON,

Plaintiff - Appellant,

versus

P. DOUGLAS TAYLOR, Warden, Ridgeland
Correctional Institute,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  R. Bryan Harwell, District Judge.
(CA-03-3206)

―――――――――――

Submitted:  May 25, 2005                Decided:  June 3, 2005

―――――――――――

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Ulysees Fulton, Appellant Pro Se. Marshall Hodges Waldron, Jr., LAW
OFFICE OF DUFFIE STONE, LLC, Bluffton, South Carolina, for
Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ulysees Fulton appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Fulton v. Taylor</u>, No. CA-03-3206 (D.S.C. Oct. 20, 2004). We deny Fulton's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>